# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **TIMOTHY J. ROSE,** | ) |
| Plaintiff, | ) Case No. 2:22CV00023 |
| v. | ) **JUDGMENT** |
| **MARTIN J. O'MALLEY,** **COMMISSIONER OF** **SOCIAL SECURITY,** | ) JUDGE JAMES P. JONES |
| Defendant. | ) |

Summary judgment having been granted, it is **ORDERED AND ADJUDGED** that the final decision of the Commissioner of Social Security denying benefits is AFFIRMED.

The Clerk shall close the case.

ENTER: February 26, 2024

/s/ JAMES P. JONES
Senior United States District Judge